IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              Case No. 5:11-CR-50075
                                Case No. 5:14-CV-05069
                                Case No. 5:14-CV-05015

ARLES VELASQUEZ                                                                        DEFENDANT

## O R D E R

The Court has received proposed findings and recommendations (Doc. 81) from Chief United States Magistrate Judge James R. Marschewski. Also before the Court are Defendant's objections (Doc. 82).

The Court has reviewed this case and, being well and sufficiently advised, finds that Defendant's objections offer neither law nor fact requiring departure from the Report and Recommendation.

The Court finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated herein and in the Magistrate Judge's Report and Recommendations, Defendant's motion to vacate (Doc. 72) is **DENIED**.

IT IS SO ORDERED this 5th day of February, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE